# Court of Appeals
# of the State of Georgia

ATLANTA,   April 19, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0016. DOCTORS HOSPITAL OF AUGUSTA, LLC v. GEORGIA DEPARTMENT OF COMMUNITY HEALTH et al.**

On November 8, 2016, this Court granted Appellant's Motion to Supplement the Record. Appellant requested that the record be supplemented to include the Petitioners' Verified Petition for Declaratory Judgment and for Writ of Mandamus, and the Final Order in Civil Action No. 2015cv260363. Appellant's motion also stated that the entire underlying administrative record, although filed in the superior court, was not transmitted to this Court, and that the Superior Court of Fulton County did not transmit the entire record. Appellant did not provide a complete list of the specific documents that were missing from the appellate record. See Court of Appeals Rule 41 (c). It is the responsibility of Appellant, as the movant, to assist the trial court clerk in locating material when necessary. Id.

The Superior Court of Fulton County was ordered to supplement the appellate record within 10 days of November 8, 2016. As of the date of this order, no supplemental record has been received by this Court. A complete appellate record is necessary for determination of the issues in this appeal.

To the extent that Appellant intended to request that this Court order the trial court to supplement the *trial* court record with additional materials, this Court may not do so. See *Harp v. State*, 204 Ga. App. 527, 527-528 (1) (420 SE2d 6) (1992).

To the extent that Appellant intended to request that the appellate record be supplemented with documents that are already in the trial court record which have not

previously been transmitted to this Court, it is hereby ordered that this case be REMANDED to the trial court with direction to prepare a complete appellate record. It is further ordered that the trial court shall then re-transmit this matter to the Court of Appeals for re-docketing and disposition of this appeal. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*

*C l e r k ' s    O f f i c e ,*
*Atlanta,___04/19/2017_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*